MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Rocco John Lombardi
Chapter 7 Case No.  07-40799

Please Check One:
   Unclaimed Dividends

X   Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ADT Security Systems Inc. 14200 E Exposition Ave. Aurora, CO  80012 | 8 | $1,588.05 | $2.16 |
| | | | |
| | | | |

DATE: September 2, 2009

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

@PFDesktop::ODMA/GRPWISE/GWDSTP.GWPOSTP.STPLIB1:74970.1