MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor: Rocco John Lombardi
Chapter 7 Case No. 07-40799

Please Check One:
X   Unclaimed Dividends

__   Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ADT Security Systems, Inc. 14200 Exposition Avenue Aurora, CO 80012 | 8 | $1,588.05 | $93.47 |
| | | | |
| | | | |
| | | | |

DATE: December 17, 2009

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030

356179